UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25963-BB

BRIDLINGTON BUD LTD,

        Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 19, 2025.　　　　　Respectfully submitted,

                                                /s/ Andrew Palmer
                                                Andrew J. Palmer
                                                Palmer Law Group, P.A.
                                                401 E Las Olas Blvd, Suite 1400
                                                Fort Lauderdale, FL 33301
                                                Phone: 954-771-7050
                                                ajpalmer@palmerlawgroup.com
                                                ***Attorney for Plaintiff***

## Schedule A Defendants

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | gethootell | https://www.walmart.com/global/seller/102760654 |
| 2 | TanYueManQi | https://www.walmart.com/global/seller/102786659 |
| 3 | WarmthWeave | https://www.walmart.com/global/seller/102480687 |
| 4 | FENGMU | https://www.walmart.com/global/seller/102536118 |
| 5 | NeoLucky | https://www.walmart.com/global/seller/102798418 |
| 6 | Carroterr | https://www.walmart.com/global/seller/101696670 |
| 7 | DOUDOU Co.Ltd | https://www.walmart.com/global/seller/102486395 |
| 8 | Erru | https://www.walmart.com/global/seller/102822472 |
| 9 | GZLP | https://www.walmart.com/global/seller/102838033 |